ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Butt Construction Company, Inc.           )      ASBCA No. 62247
                                          )
Under Contract No. W912QR-15-D-0002       )

APPEARANCES FOR THE APPELLANT:        Mr. William T. Butt Jr.
                                        President

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                       Nicole E. Angst, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District,
                                        Louisville

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 20, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62247, Appeal of Butt Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:  March 25, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals